## Fourth Department, April, 1963

## (April 11, 1963)

In the Matter of Martin X. Sostre, Petitioner, v. Hamilton Ward, as Justice of the Supreme Court, Respondent.— Petition denied, on the ground that an order was made by Judge Ward and the remedy of the applicant was to appeal from that order.